BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CODY E. SHOGREN,<br><br>　　　　Defendant.<br>_____ | No. 2:13-cr-00208-KJN<br><br>ORDER CONTINUING ARRAIGNMENT<br><br>Date: July 31, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

　　It is hereby ordered that the arraignment hearing set for July 31, 2013, 2013, at 9:00 a.m., is VACATED.  It is further ordered that an arraignment is set for August 14, 2013, at 9:00 a.m.

　　IT IS SO ORDERED.


Dated:  July 30, 2013


　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE