BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY L. DOMBO,<br>Defendant. | No. 2:13-cr-00208-KJN<br>ORDER CONTINUING ARRAIGNMENT<br>Date: July 31, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that the arraignment hearing set for July 31, 2013, 2013, at 9:00 a.m. is VACATED. It is further ordered that an arraignment is set for August 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 30, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE